■ In the Matter of ELOISE ROBINSON, Petitioner, v. MAURICE BERNHARDT et·al., Respondents.— Application to compel respondents, Justices of the Supreme Court, to grant an order pursuant to CPLR 316 and section 232 of the Domestic Relations Law, allowing petitioner to commence her action for divorce by publication of the required papers on no more than three occasions in no more than one newspaper. Application denied; proceeding dismissed, without costs. Christ, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of JULIUS S. MOSKOWITZ, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and RUTH LERNER et al., Respondents.— In a proceeding to validate a petition nominating appellant as a candidate of the Independent Party in the general election to be held on November 4, 1969 for the public office of Councilman at Large of the City of New York from the Borough of Brooklyn, the appeal is from a judgment of the Supreme Court, Kings County, entered October 7, 1969, which denied the application and dismissed the petition in the proceeding. Judgment affirmed, without costs. No opinion. Appellant is granted leave to appeal further to the Court of Appeals. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Kleinfeld, JJ., concur.

■ In the Matter of RUTH LERNER, Respondent, v. JULIUS S. MOSKOWITZ, Appellant, et al., Constituting the Committee to Fill Vacancies, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding to invalidate a petition nominating appellant as a candidate of the Independent Party in the general election to be held on November 4, 1969 for the public office of Councilman at Large of the City of New York from the Borough of Brooklyn, the appeal is from a judgment of the Supreme Court, Kings County, entered October 7, 1969, which granted the application. Judgment affirmed, without costs. No opinion. Appellant is granted leave to appeal further to the Court of Appeals. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Kleinfeld, JJ., concur.